

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-01020-CV

**IN THE INTEREST OF N.L.R.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-01716
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's October 30, 2023 Order of Termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he is presumed indigent under Texas Family Code section 107.013(e).

SIGNED March 20, 2024.

_____
Beth Watkins, Justice